THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Antwan
 Middleton, Appellant.
 
 
 

Appeal From Aiken County
 Thomas A. Russo, Circuit Court Judge
Unpublished Opinion No. 2008-UP-401
Submitted July 1, 2008  Filed July 17,
 2008    
APPEAL DISMISED

 
 
 
 Appellate
 Defender Lanelle C. Durant, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Antwan Middleton appeals the revocation of his probation.  Middleton
 argues the circuit court erred in revoking his probation without a full
 evidentiary showing of his violations.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Middletons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.